IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:19-CR-00028-D

UNITED STATES OF AMERICA :
:
v. :
:
JOSHUA LYNN MORRIS :

**PRELIMINARY ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of a Memorandum of Plea Agreement entered into by the defendant on June 16, 2020, the defendant's guilty plea to offenses in violation of 18 U.S.C. § 492, and all other evidence of record, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 492, as made applicable to this proceeding by 28 U.S.C. § 2461(c):

1. Hewlett Packard Desk Jet 2652 Printer (white in color), bearing serial number CN81B4C3TJ;

2. Hewlett Packard Desk Jet 2652 Printer (white in color), with no identifiable serial number;

3. Hewlett Packard Office Jet 3830 Printer (black in color), bearing serial number CN7B34Q21P;

4. Canon MX 922 Printer (black in color), bearing serial number AEYP75427;

1

5. Toshiba Satellite Laptop Computer (black in color), bearing serial number ZE114226P;

6. Hewlett Packard Laptop Computer (black in color), bearing serial number CND8351N2M;

7. LG K8 Cellphone, Model LM-X210ULM, bearing serial number 805CYCV0053955.

AND WHEREAS, by virtue of said guilty plea and the defendant's agreement therein, and all other evidence of record, the United States is now entitled to entry of a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(2); and to seize the specific property subject to forfeiture, to conduct any discovery the Court considers proper in identifying, locating, or disposing of the property, and to commence proceedings that comply with any statutes governing third-party rights, as provided by Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Joshua Lynn Morris, and all other evidence of record, all of the defendant's interests in the subject property are hereby forfeited to the United States, subject to the provisions of 21 U.S.C. § 853(n).

2. That pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General or the Secretary of Treasury directs, by publishing and sending

notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

3. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture as to the currency and personal property pursuant to 21 U.S.C. § 853(n)(6).

4. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(a)(4)(B). Pursuant to Fed. R. Crim. 32.2(b)(4)(A), this Order shall be final as to the defendant upon entry.

SO ORDERED. This 30 day of November, 2020.

JAMES C. DEVER III
United States District Judge

3