IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:19-CR-00028-D

UNITED STATES OF AMERICA :
:
v. :
:
JOSHUA LYNN MORRIS :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on November 30, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 492, made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), based upon the defendant pleading guilty to 18 U.S.C. § 472, and agreeing to the forfeiture of the property listed in the November 30, 2020 Preliminary Order of Forfeiture, to wit:

1) Hewlett Packard Desk Jet 2652 Printer (white in color), bearing serial number CN81B4C3TJ;

2) Hewlett Packard Desk Jet 2652 Printer (white in color), with no identifiable number;

3) Hewlett Packard Office Jet 3830 Printer (black in color), bearing serial number CN7B34Q21P;

4) Canon MX 922 Printer (black in color), bearing serial number AEYP75427;

5) Toshiba Satellite Laptop Computer (black in color), bearing serial number ZE114226P;

1

6) Hewlett Packard Laptop Computer (black in color), bearing serial number CND8351N2M;

7) LG K8 Cellphone, Model LM-X210ULM, bearing serial number 805CYCV0053955.

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between December 22, 2020 and January 20, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's November 30, 2020 Preliminary Order of Forfeiture;

It is HEREBY ORDERED, ADJUDGED, and DECREED:

1. That the subject personal property listed in the November 30, 2020 Preliminary Order of Forfeiture is hereby forfeited to the United States. That the United States Secret Service is directed to dispose of the property according to law.

2. That any and all forfeited funds shall be deposited by the United States Department of Justice or the United States Department of Treasury as soon as located or recovered into the United States Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c), 21 U.S.C. § 881(e), and/or 31 U.S.C. § 9205.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 20 day of May, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE